AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANA GONSALES, and on behalf of others similarly situated<br>*Plaintiff*<br>v.<br>ACOSTA, INC., a corporation doing business as Acosta Sales & Marketing, and DOES ONE through TEN, inclusive,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:17-cv-05767-VC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ACOSTA, INC.

Date: August 29, 2018

/s/ Sylvia J. Kim
*Attorney's signature*

Sylvia J. Kim (SBN 258363)
*Printed name and bar number*

McGuireWoods LLP
Two Embarcadero Center, Ste. 1300
San Francisco, CA 94111
*Address*

skim@mcguirewoods.com
*E-mail address*

(415) 944-8844
*Telephone number*

(415) 944-9922
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com