STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
STACI L. SCHOFF (Bar No. 320692)
  Staci@ TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANA GONSALES,<br><br>              Plaintiff,<br><br>     v.<br><br>ACOSTA, INC.,<br><br>              Defendants. | Case No.  17-cv-05767-VC<br><br>**NOTICE OF ATTORNEY'S LIEN OF MALLISON AND MARTINEZ**<br><br>Complaint filed: July 18, 2017 |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the law firm of Mallison & Martinez (collectively, "Attorney"), former counsel for Ana Gonsales ("Plaintiff") in the above-captioned matter, holds a lien of first priority, first in time and senior to all other interest-holders: on all of the claims and causes of action asserted, on any judgment rendered in favor of Plaintiff in this matter, and on any recovery obtained by the Plaintiff in this matter whether by settlement, judgment, or otherwise. Said lien is to secure payment for legal services rendered and costs and expenses incurred on behalf of the Plaintiff. [A]n attorney contractual lien arising out of a contract entered into before the filing of a notice of lien under the judgment lien statutes has priority over the judgment lien created by that filing. *Brown v. Superior Court*, 116 Cal. App. 4th 320, 328, 9 Cal. Rptr. 3d 912, 919 (2004).  Plaintiffs and Attorney entered into written engagement agreements pursuant to which Attorney agreed to vigorously pursue all viable claims on behalf of the Plaintiffs. In the agreement, Plaintiff agreed that Attorney would recover its reasonable fees and expenses, out of any settlement or judgment obtained by the Plaintiffs in this case.  *Epstein v. Abrams*, "entitl[es] the attorney to any available equitable remedy necessary to effect payment of his fee for services rendered in connection with their client's claim out of any recovery upon that claim." *Epstein v. Abrams*, 57 Cal.App.4th 1159, 1169-1170 (1997).

Dated:  September 14, 2018

**MALLISON & MARTINEZ**

By:    /s/  Hector R. Martinez
Hector R. Martinez
