UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GONSALES,<br><br>        Plaintiff,<br><br>    v.<br><br>ACOSTA, INC.,<br><br>        Defendant. | Case No. 17-cv-05767-VC<br><br>**ORDER RE STIPULATION TO MODIFY SCHEDULING ORDER DATES AND DEADLINES**<br><br>Re: Dkt. No. 34 |

      The stipulated request to extend deadlines is denied.  It appears that the parties have not been moving this case forward in a meaningful fashion.  An in-person case management conference is set for Tuesday, September 25, 2018 at 1:30 p.m., to discuss how to get this case back on track.

      **IT IS SO ORDERED.**

Dated: September 21, 2018

                                                     VINCE CHHABRIA<br>
                                                     United States District Judge